UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO: 7:09-CV-61-BO

| | |
|---|---|
| CEDRIC COGDELL, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING ATTORNEY'S |
| | ) FEES PURSUANT TO THE |
| MICHAEL J. ASTRUE, | ) EQUAL ACCESS TO JUSTICE |
| Commissioner of | ) ACT, 28 U.S.C. § 2412 |
| Social Security, | ) |
| Defendant. | ) |

This is a social security case in which judgment was entered on April 27, 2010, and Order entered that the decision of the Commissioner was reversed under sentence four of 42 U.S.C. § 405(g), with a remand of the cause to the Commissioner to award Plaintiff disability benefits. The parties have stipulated to an award of attorneys' fees to Plaintiff under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412, in the total amount of $6,847.73 (Six Thousand Eight Hundred Forty-seven Dollars and Seventy-three Cents), with the check made payable to Plaintiff's Counsel, James B. Gillespie, Jr., 415 Chestnut Street, Wilmington, North Carolina 28401. It is, therefore,

ORDERED that Defendant pay Plaintiff $6,847.73 in attorney's fees under the Equal Access to Justice Act.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

This _6_ day of _July_, 2010.