UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO: 7:09-CV-61-BO

| | |
|---|---|
| CEDRIC COGDELL, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING ATTORNEY'S |
| | ) FEES PURSUANT TO |
| MICHAEL J. ASTRUE, | ) 42 U.S.C. § 406(b) |
| Commissioner of | ) |
| Social Security, | ) |
| Defendant. | ) |

On April 27, 2010, a Judgment and order were entered reversing the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remanding this case to the Commissioner for payment of benefits.

Pending before the Court is attorney James B. Gillespie's (Plaintiff's Counsel) Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b). Plaintiff's Counsel requests an award of attorney fees in the amount of $12,456.00. Defendant does not object, providing that Plaintiff's Counsel return to Plaintiff the $6,847.73 that is to be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Plaintiff's Counsel's Motion is hereby GRANTED. Defendant is Ordered to pay $12,456.00 to Plaintiff's Counsel, James B. Gillespie, pursuant to 42 U.S.C. § 406(b). Plaintiff's Counsel is Ordered to return the $6,847.73 EAJA fee to Plaintiff.

This __6__ day of __July__, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE